## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James Mark Vogel, | Civil No. 05-2740 (PJS/RLE) |
| Plaintiff, | |
| v. | **ORDER ADOPTING THE REPORT AND RECOMMENDATION** |
| Minnesota Department of Corrections, Joan Fabian, Collette Morris, and James Kaul, | |
| Defendants. | |

James Mark Vogel, *Pro Se*, Plaintiff.

Based upon the Findings and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED:**

1.	That the Plaintiff's Complaint (Doc. No. 1) is **DISMISSED**, but without prejudice, for failure to comply with this Court's Order dated December 1, 2005, and for failure to prosecute.

2. That the Plaintiff's Application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**, as moot.


Dated: June 12, 2006                    s/Patrick J. Schiltz
                                        PATRICK J. SCHILTZ
                                        Judge of United States District Court